KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Ahmed Chartaev

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AHMED CHARTAEV,<br>KHADZHIMURAD BABATOV,<br>ROMAN MALAKHOV,<br>SERGEY SHCHIRSKIY,<br>ANDREY KIM,<br>MAGOMED ABDUKHALIKOV<br><br>　　　　Defendant. | Case No.: 2:11-CR-00514-GEB<br><br>AMENDED [PROPOSED]<br>STIPULATION AND ORDER<br><br>JUDGE: HON. GARLAND E, BURRELL |

　　　　It is hereby stipulated and agreed to between the United States of America through Dominique Thomas, Assistant U.S. Attorney, and defendant, Ahmed Chartaev, through his counsel, KRESTA DALY, defendant Khadzhimurad Babatov, through his attorney John Duree, defendant Roman Malakhov, through his attorney Chris Cosca, defendant Sergey Shchirskiy, through his attorney Danny Brace, defendant Andrey Kim, through his attorney Kyle Knapp, defendant Magomed Abdukhalikov, through his attorney Preeti Bajwa, defendant Nicholas Votaw, through his attorney David Fischer, Hakob Sergoyan, through his attorney Alan Eisner, and Stanislav Sarber, through his attorney Peter Kmeto that the status conference of January 20, 2012 be vacated and that a status conference be set for March 16, 2012 at 9:00 a.m.

1

This continuance is being requested because the discovery in this case is voluminous and new counsel has entered into the case.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for January 24, 2012 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).  The parties further stipulate that the interests of justice outweigh the defendants' and the public's interest in a speedy trial.

DATED:  January 19, 2012              Respectfully submitted,

 s/Kresta Daly_____
KRESTA DALY
Attorney for Ahmed Chartaev


DATED:  January 19, 2012               s/Kresta Daly_____
John Duree
Attorney for Khadzhimurad Babatov


DATED:  January 19, 2012               s/Kresta Daly_____
Chris Cosca
Attorney for Roman Malakhov


DATED:  January 19, 2012               s/Kresta Daly_____
Danny Brace
Attorney for Sergey Shchirskiy


DATED:  January 19, 2012               s/Kresta Daly_____
Kyle Knapp
Attorney for Andrey Kim


DATED:  January 19, 2012               s/Kresta Daly_____
Preeti Bajwa
Attorney for Magomed Abdukhalikov


DATED:  January 19, 2012              s/Kresta Daly_____
David Fischer
Attorney for Nicholas Votaw


DATED:  January 19, 2012              s/Kresta Daly_____
Alan Eisner
Attorney for Hakob Sergoyan

DATED: January 19, 2012

      s/Kresta Daly_____
Peter Kmeto
Attorney for Stanislav Sarber

DATED: January 19, 2012

      s/Kresta Daly_____
Dominique Thomas
Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED**.

DATED: 1/19/12

GARLAND E. BURRELL, JR.
United States District Judge

3