IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        )
                                 )    2:11-cr-00514-GEB
          Plaintiff,             )
                                 )
     v.                          )    RELATED CASE ORDER
                                 )
AHMED CHARTAEV, KHADZHIMURAD     )
BABATOV aka Murad Babatov,       )
NICHOLAS VOTAW, ANTON TKACHEV,   )
STANISLAV SARBER, HAKOB          )
SERGOYAN, ROMAN MALAKHOV, ASHOT  )
ANDREUS, MAGOMED ABDUKHALIKOV,   )
SERGEY SHCHIRSKIY, and ANDREY    )
KIM,                             )
                                 )
          Defendants.            )
_____)
UNITED STATES OF AMERICA,        )
                                 )    2:12-cr-00118-WBS
          Plaintiff,             )
                                 )
     v.                          )
                                 )
HURSHID HALDAROV, and            )
KHZDZHIMURAD BABATOV aka Murad   )
Babtov,                          )
                                 )
          Defendants.            )
_____)
```

On April 23, 2012, the United States of America filed a "Notice of Related Cases" in which it states:

> Both of [the above-referenced] cases . . . involve one of the same parties and are based on a similar scheme. Both cases also involve similar questions of fact and law such that their assignment to the same Judge is likely to effect a substantial savings of judicial effort. Given these circumstances, it would be appropriate for one judge to sit on both cases.

(ECF No. 96, 3:4-9.)

1

1   Examination of the above-entitled actions reveals that they
2 are related as defined by Local Rule 123(a). Further, "assignment of the
3 actions to a single Judge is likely to effect a savings of judicial
4 effort or other economies[.]" E.D. Cal. R. 123(c). Therefore, action
5 2:12-cr-00118 is reassigned to the undersigned judge for all further
6 proceedings, and the caption on the reassigned cases shall show the
7 initials "GEB."  Further, any date currently set in the reassigned case
8 is VACATED. The Clerk shall make an appropriate adjustment in the
9 assignment of criminal cases to compensate for this reassignment.
10   IT IS FURTHER ORDERED that a Status Conference is scheduled to
11 commence at 9:00 a.m. on June 15, 2012, in action 2:12-cr-00118.

Dated:  April 24, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2