THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Andrey Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>AHMED CHARTAEV,<br>KHADZHIMURAD BABATOV,<br>NICHOLAS VOTAW,<br>STANISLAV SARBER,<br>HAKOB SERGOYAN,<br>ROMAN MALAKHOV,<br>MAGOMED ABDUKHALIKOV,<br>SERGEY SHCHIRSKIY, and<br>ANDREY KIM,<br><br>　　　　　Defendants. | Case No.: 2:11-cr-0514-GEB<br><br>STIPULATION AND<br>ORDER FOR CONTINUANCE OF<br>STATUS CONFERENCE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for May 18, 2012, at 9:00 a.m. is continued to July 13, 2012, at 9:00 a.m. in the same courtroom. R. Steven Lapham, Assistant United States Attorney, Thomas A. Johnson, attorney for Andrey Kim, Kresta Daly, attorney for Ahmed Chartaev, John Duree, attorney for Khadzhimurad Babatov, Chris Cosca, attorney for Roman Malakhov, Danny Brace, attorney for Sergey Shschirskiy, Preeti Bajwa, attorney for Magomed Abdukhalikov, David Fischer, attorney for Nicholas Votaw, Alan Eisner, attorney for Hakob Sergoyan, and Peter Kmeto, attorney for Stanislav Sarber, are

1

requesting such continuance in order to continue review of discovery and for preparation of counsel.  All parties stipulate and agree that the ends of justice are served by this continuance outweigh the best interest of the public and Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

It is further stipulated that the period from the date of this stipulation through and including July 13, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time for preparation of counsel).  The ends of justice served by the continuance outweigh the best interest in the public and the Defendants in a speedy trial.

**IT IS SO STIPULATED.**

DATED:  May 16, 2012                    By:     /s/  Thomas A. Johnson
                                                THOMAS A. JOHNSON
                                                Attorney for Defendant
                                                ANDREY KIM

DATED:  May 16, 2012                    By:     /s/  Thomas A. Johnson for
                                                Kresta Daly
                                                Attorney for Defendant
                                                Ahmed Chartaev

DATED:  May 16, 2012                    By:     /s/  Thomas A. Johnson for
                                                John Duree
                                                Attorney for Defendant
                                                Khadzhimurad Babatov

DATED:  May 16, 2012                    By:     /s/  Thomas A. Johnson for
                                                Chris Cosca
                                                Attorney for Defendant
                                                Roman Malakhov

DATED:  May 16, 2012                    By:     /s/  Thomas A. Johnson for
                                                Danny Brace
                                                Attorney for Defendant
                                                Sergey Shchirskiy

DATED:  May 16, 2012                    By:     /s/  Thomas A. Johnson for
                                                Preeti Bajwa
                                                Attorney for Defendant
                                                Magomed Abdukhalikov

| | | | |
|---|---|---|---|
| DATED: May 16, 2012 | | By: | /s/ Thomas A. Johnson for<br>David Fischer<br>Attorney for Defendant<br>Nicholas Votaw |
| DATED: May 16, 2012 | | By: | /s/ Thomas A. Johnson for _____<br>Alan Eisner<br>Attorney for Defendant<br>Hakob Sergoyan |
| DATED: May 16, 2012 | | By: | /s/ Thomas A. Johnson for<br>Peter Kmeto<br>Attorney for Defendant<br>Stanislav Sarber |
| DATED: May 16, 2012 | | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | By: | /s/ Thomas A. Johnson for<br>R. STEVEN LAPHAM<br>Assistant U.S. Attorney |

## **ORDER**

**IT IS SO ORDERED.**

**Date: 5/16/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

3