1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   LEE S. BICKLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone:  (916) 554-2700
5  Facsimile:   (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:11-CR-0514 TLN

12                    Plaintiff,       STIPULATION REGARDING
                                       CONINUATION OF RESTITUTION
13  v.                                 HEARING FOR ROMAN
                                       MALAKHOV; FINDINGS AND
14  AHMED CHARTAEV, et. al.,           ORDER

15                    Defendants.      DATE:  MAY 3, 2013
                                       TIME:  9:00 A.M.
16                                     JUDGE: TROY L. NUNLEY

17

18

19
                                 **STIPULATION**
20
        Plaintiff United States of America, by and through its counsel of record, and defendant
21
    Roman Malakhov, by and through his counsel of record, hereby stipulate as follows:
22
        1.      By previous order, this matter was set for a restitution hearing on May 3, 2013 before
23
    Judge Burrell.
24
        2.      By this stipulation, the parties now move to continue the restitution hearing until May
25
    30, 2013.
26
        3.      The government has sought information concerning the loss attributable to the entity
27

28
                                         1

that is believed to be the defendant's victim.  The government has yet to receive that complete

information from the victim.

4.      Counsel for the defendant is currently in a murder trial, has a conflict with respect to

the currently scheduled restitution hearing date due to that trial, and will need time to review

whatever material the victim provides.

5.      According to 18 U.S.C. § 3664(d)(5), the Court should set a hearing for a final

determination of a victim's losses, not to exceed 90 days after sentencing.  As defendant Malakhov

was sentenced on March 8, 2013, the requested restitution hearing date of May 30, 2013, is within

that 90 day window of time.

IT IS SO STIPULATED.


DATED:      May 1, 2013


/s/ Lee S. Bickley_____
Lee S. Bickley
Assistant United States Attorney


DATED:      May 1, 2013


/s/    Lee. S. Bickley for     _____
Christopher C. Cosca
Counsel for Defendant Roman Malakhov


**O R D E R**


UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the

restitution hearing for Roman Malakhov presently set for May 3, 2013, be continued to May 30,

2013 at 9:30 a.m.

Dated: May 8, 2013

_____
Troy L. Nunley
United States District Judge

2