1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   LEE S. BICKLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone:  (916) 554-2700
5  Facsimile:   (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:11-CR-00514 TLN
12 |                     Plaintiff,   | STIPULATION REGARDING RESTITUTION FOR ROMAN MALAKHOV; FINDINGS AND ORDER
13 |             v.                   |
14 | AHMED CHARTAEV, et. al.,         | DATE:  AUGUST 29, 2013
   |                                  | TIME:  9:30 A.M.
   |                                  | JUDGE: TROY L. NUNLEY
15 |                     Defendant.   |

16

17                          **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant Roman

19 Malakhov, by and through his counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for a restitution hearing for August 29, 2013.

21       2.      By this stipulation, defendant and plaintiff now move for the Court to issue an order

22 setting the restitution amount owed by Mr. Malakhov to be $266,497.88.

23       3.      The parties agree and stipulate, and request that the Court find the following:

24               a.      The United States has represented that both Bank of America Home Loans and

25 JPMorgan Chase Bank, NA submitted claims for restitution for some of the loans that have a loss, due in

26 at least in part to Mr. Malakhov's conduct and which are discussed in Mr. Malakhov's Pre-Sentencing

27 Report ("PSR").  These properties include 3720 Topaz, Road, West Sacramento, California; 2242

28 Sebastian Way, Roseville, California; and 2548 Gabriel Court, Carmichael, California.

Stipulation for Restitution Order                1

b. Bank of America has submitted a loss claim for $129,497.88 for BANA Loan Number 76210013, which is a loan on the property located at 3720 Topaz Road. This amount represents an unpaid principal balance of $128,968.82 and a servicing cost of $529.05, totaling $129,497.88. As of this date, neither Bank of America nor any other entity has claimed a loss for the other $516,000 loan that was taken out on the Topaz Property. The parties agree that Malakhov should be ordered to pay restitution to Bank of America Home Loans in the amount of $129,497.88, which represents a loss associated with the 3720 Topaz Road property. This money should be directed to the following address:

Bank of America Home Loans
Attn: Donna McLauchlin
NC4-105-102-11 (Cash Remittance-Fraud)
4161 Piedmont Parkway
Greensboro, NC 27410

b. Bank of America has also submitted a loss claim of $393,947.70 for BANA Loan Number 76357295, which is a loan on the property located at 2242 Sebastian Way. This figure represents $649,709.41 in unpaid principal balance, $55,250.87 in unpaid interest, and $4,060.93 in servicing costs minus sale proceeds on the property of $315,073.51. Because Malakhov was only held responsible for $50,000 of the loss associated with this property in the PSR, the parties agree that Malakhov should be ordered to pay restitution to Bank of America Home Loans in the amount of $50,000, which represents a loss associated with the 2242 Sebastian Way property. This money should be directed to the following address:

Bank of America Home Loans
Attn: Donna McLauchlin
NC4-105-102-11 (Cash Remittance-Fraud)
4161 Piedmont Parkway
Greensboro, NC 27410

c. JPMorgan Chase Bank, NA submitted a loss claim of $536,344.60 for a loan on the property located at 2548 Gabriel Court. Because Malakhov was only held responsible for $87,000 of the loss associated with this property in the PSR, the parties agree that Malakhov should be ordered to pay restitution to JPMorgan Chase Bank, NA in the amount of $87,000, which represents a loss associated with the 2548 Gabriel Court property. This money should be directed to the following address:

///

JPMorgan Chase Bank, NA
7610 West Washington Street
Indianapolis, Indiana 46231

      d.    The United States Probation Department has reviewed and supports this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 21, 2013                            BENJAMIN B. WAGNER
                                                      United States Attorney

                                                      */s/ Lee S. Bickley*
                                                      LEE S. BICKLEY
                                                      Assistant United States Attorney

                                                      For the UNITED STATES OF AMERICA

DATED: August 21, 2013                            */s/ Lee S. Bickley for*
                                                      CHRISTOPHER COSCA

                                                      For defendant ROMAN MALAKHOV

# O R D E R

IT IS SO FOUND AND ORDERED that defendant Roman Malakhov is ordered to pay $266,497.88 in restitution. Payment of restitution shall be by cashier's or certified check made payable to the Clerk of the Court. $129,497.88 of this restitution should be directed to Bank of America Home Loans, Attn: Donna McLauchlin, NC4-105-102-11 (Cash Remittance-Fraud), 4161 Piedmont Parkway, Greensboro, NC 27410, for payment of losses associated with BANA Loan 76210013, associated with 3720 Topaz Road, West Sacramento. $50,000 of this restitution should be directed to Bank of America Home Loans, Attn: Donna McLauchlin, NC4-105-102-11 (Cash Remittance-Fraud), 4161 Piedmont Parkway, Greensboro, NC 27410, for payment of losses associated with and BANA Loan 76357295, associated with 2242 Sebastian Way, Roseville, California. $87,000 of this restitution should be

///

Stipulation for Restitution Order                     3

directed to JPMorgan Chase Bank, NA, 7610 West Washington Street, Indianapolis, Indiana 46231, for a loan associated with 2548 Gabriel Court, Carmichael, California.

this 22nd day of August, 2013.

_____
Troy L. Nunley
United States District Judge

Stipulation for Restitution Order            4