UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AHMED CHARTAEV, ET AL.,<br><br>　　　　　Defendants. | Nos.  2:11-cr-514-TLN<br>　　　　2:12-cr-060-TLN<br>　　　　2:14-cr-198-KJM<br><br>**ORDER RELATING CASES** |

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　v.

SERGEY SHCHIRSKIY, ET AL.,

　　　　　Defendants.

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　v.

SERGEY SHCHIRSKIY, ET AL.,

　　　　　Defendants.

1

On July 25, 2014, the Government advised this Court (2:11-cr-514; ECF No. 207) that the above-entitled actions are related within the meaning of Local Rule 123.  The indictment in Case No. 2:11-cr-514-TLN charges Defendant Sergey Shchirskiy with wire fraud and mail fraud.  The indictment in Case No. 2:12-cr-060-TLN charges Defendant Sergey Shchirskiy with wire fraud and money laundering.  The indictment in Case No. 2:14-cr-198-KJM charges Defendant Sergey Shchirskiy with conspiracy to defraud the United States, making false claims against the United States, and aggravated identity theft.  The Government has advised the Court that Defendant is represented by the same attorney in all three cases and there is overlap with respect to witnesses. In light of the foregoing, the assignment of these cases to the same judge is likely to promote judicial economy and the convenience of the parties.

The parties should be aware that relating the cases under Local Rule 123 only has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this Court, related cases are assigned to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action numbered 2:14-cr-198-KJM is reassigned to Judge Troy L. Nunley for all further proceedings.  Any dates currently set in the reassigned case only are hereby vacated.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:14-cr-198-TLN.

Dated: July 31, 2014

Troy L. Nunley
United States District Judge