# UNITED STATES DISTRICT COURT
## Eastern District of California

# Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Roman MALAKHOV          **Docket Number:**   2:11CR00514-07

**Name of Judicial Officer**:      United States District Judge Troy L. Nunley

**Date of Original Sentence:**   3/8/2013

**Original Offense:** 18 U.S.C. § 1343 – Wire Fraud (CLASS C FELONY)

**Original Sentence:** 33 months Bureau of Prisons; 36 months Supervised Release; Mandatory drug testing; Firearm restrictions; DNA collection; $100 special assessment; $266,497.88 restitution.

**Special Conditions:** 1) Warrantless Search; 2) Not Dissipate Assets; 3) Financial Disclosure; 4) Financial Restrictions; 5) Drug/Alcohol Treatment; 6) Deportation ; 7) Aftercare Co-payment; 8) Not attempt to discharge restitution obligation through bankruptcy.

**Type of Supervision:**     Supervised Release

**Date Supervision Commenced:**   5/2/2014

**Other Court Actions:**    None

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

9.   As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

10.  The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

11.  The defendant shall participate in a cognitive behavioral treatment program as directed by the probation officer.

PROB 12B
(08/13)

**Justification:** On May 16, 2015, a Department of Parks and Recreation Officer observed a black pick-up truck traveling at an approximate speed of 50-55 (posted 35 MPH). A traffic stop was initiated and contact was made with the driver (Malakhov). During questioning, the offender displayed objective signs of intoxication. A Field Sobriety Test was administered to which Malakhov failed. Moreover, a Preliminary Alcohol Screening was performed which produced a .15/.147 BAC. Consequently, the offender was charged with a violation of California Vehicle Code 23152(a): DUI; and California Vehicle Code 23152(b): DUI w/BAC over .08%. He was transported to Placer County Jail, and was released on July 19, 2015.

To his credit, Malakhov reported the incident to the probation officer immediately upon releasing from custody. On May 22, 2015, a copy of the incident report was received/reviewed. On May 28, 2015, the undersigned probation officer met with the offender at which time he was verbally reprimanded for his irresponsible and selfish conduct which potentially could have caused undue harm to unsuspecting victims, and was reminded how lucky he was that no one was hurt as a result of his recklessness. The offender took full responsibility for his actions, appeared genuinely remorseful for his behavior, and related his intentions to pled no guilty in State Court. Malakhov's next scheduled appearance before Placer County Superior Court is set for June 28, 2015.

As a result, the undersigned probation officer respectfully recommends the Court modify the releasee's conditions to reflect the above-noted conditions. Malakhov has agreed to these modifications and has signed the corresponding Waiver of Hearing agreeing to have said conditions imposed. Hopefully the added resources and monitoring tools will assist the probation officer in better monitoring the offender's activity in the community and provide him with the necessary tools to succeed under supervision and beyond.

Respectfully submitted,
**/s/Vladimir Pajcin**

**VLADIMIR PAJCIN**
**United States Probation Officer**
Telephone: (916) 786-2357

Reviewed by,
**/s/Michael A. Sipe**

**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

**DATED:**   6/4/2015

**THE COURT ORDERS:**

☐ Modification approved as recommended.

☒ Modification not approved at this time.  Probation Officer to contact Court.

☐ Other

Dated:  June 8, 2015

Troy L. Nunley
United States District Judge

CC:

United States Probation
Assistant United States Attorney: Lee S. Bickley
Defense Counsel: Christopher R. Cosca (Appointed)